AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) DIEGO GARCIA-GODINEZ

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03804(1) - LE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 4, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Diego GARCIA-Godinez, an alien to the United States and a citizen of Guatemala was found approximately 3.13 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. From "

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No
Sworn to before me,

/S/ RODRIGUEZ, LUIS E.
Signature of Complainant
Border Patrol Agent

July 7, 2025
Date

at   EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 1:17 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) DIEGO GARCIA-GODINEZ

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on May 20, 2025 through Harlingen, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been granted 1 voluntary departure(s), the last on June 19, 2003, through SASABE, AZ
The DEFENDANT has been deported 3 time(s), the last one being to GUATEMALA on May 20, 2025, through HARLINGEN, TX


CRIMINAL HISTORY:
03/10/2020, FALFURIAS, TEXAS, 8 U.S.C. 1326(F), ACC, DISPOSITION NOT PROVIDED.